# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00321-CV

**Barbara Ann Valdez, Appellant**

**v.**

**Author Cardona, Sr. and Amelia Perales, Appellees**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
NO. D-10-0260-C, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Barbara Ann Valdez, acting pro se, filed her notice of appeal on April 11, 2012. On October 30, 2012, the clerk of this Court notified appellant that her brief was overdue and that her appeal was subject to dismissal for want of prosecution unless she filed her brief or responded to this notice by November 9, 2012. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed: January 25, 2013